**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.:  09-44532-DML** |
| | ) | |
| **KEVIN LAWRENCE CHANG** | ) | **CHAPTER 13** |
| **TIFFANY SHAUNTE CHANG** | ) | |
| | ) | |
| **DEBTORS** | ) | **Pre-Hearing Conference:** |
| | | **Friday, February 11, 2011 @ 8:30 AM** |

**TRUSTEE'S MODIFICATION OF CHAPTER 13**
**PLAN AFTER CONFIRMATION**
**DATE:  January 04, 2011**

**TO THE HONORABLE  DENNIS MICHAEL LYNN,  U.S. BANKRUPTCY JUDGE:**

   Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's(s') original or last modified Chapter 13 Plan:

1.  The **SECURED** claim of **CHASE MANHATTAN MORTGAGE** in the allowed amount of **$8,008.76** shall be **"PAID DIRECT"** by the Debtor(s).

2.  To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to allowed timely filed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to Debtor(s).  The Unsecured Creditors' Pool will be adjusted accordingly.

3.  All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,
By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served by electronic mail to those persons enlisted to receive electronic notice, including the attorney for the Debtor and the United States Trustee, and was served by first class mail, postage prepaid, on the Debtor(s), at the address listed on the petition and/or schedules, and on the parties listed below, on January 04, 2011:

KEVIN LAWRENCE CHANG, 5717 EAGLE MOUNTAIN DR, ARGYLE, TX  76226
TIFFANY SHAUNTE CHANG, 5717 EAGLE MOUNTAIN, ARGYLE, TX  76226
ALLMAND AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX  76053
CHASE MANHATTAN MORTGAGE, PO BOX 9001871, LOUISVILLE, KY  40290-1871

**/s/ Tim Truman**